UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

GRASS LAKE ALL SEASONS RESORT,
INC. (GLASR),

      Plaintiff(s),             CIVIL ACTION NO. 01-74386

v.                              JUDGE PAUL D. BORMAN
                              UNITED STATES DISTRICT JUDGE

UNITED STATES OF AMERICA
      Defendant/Counter-Plaintiff

AND

COUNTY OF JACKSON, ALL SEASONS GRASS
LAKE CORPORATION, GUARDIAN CREDIT CORP.
      Defendant(s).
_____/

ORDER OF DISMISSAL

      At a session of said Court held in the
      Theodore Levin Courthouse in the City of
      Detroit, Michigan on September 14, 2005

    PRESENT:    HONORABLE PAUL D. BORMAN
                       United States District Judge

      This court issued an Opinion and Order on August 29, 2005, Granting The United States of America Summary Judgment on It's Counterclaims , thereby obviating the necessity of a trial.

      Accordingly, the above-entitled action is dismissed and Judgment will be entered for the Defendant/Counter-Plaintiff, United States of America.

      IT IS SO ORDERED,

                                      s/Paul D. Borman
                                      PAUL D. BORMAN
                                      UNITED STATES DISTRICT JUDGE

Dated: September 14, 2005

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on September 14, 2005.

                                                s/Jonie Parker
                                                Case Manager